Comments- 2nd Marking Period

| Student Progress Report | Grade 4- Mrs. Conte |
|---|---|
| Student Name: David Guest | 2007-2008 |

In an effort to give you as much information about David's progress this marking period, this report card will reflect what he has worked on during the Second marking period. The grades and efforts on his report card reflect how he has done in each of these areas overall.

| Math | Reading | Writing |
|---|---|---|
| In math this quarter, the focus was on the concepts of multiplication, division, time, algebra and the beginning of geometry For each unit, problem solving was integrated. The specific problem solving strategies that were covered were, using math while solving multi-step problems and elapsed time. | This quarter focused on preparing for the ELA test. Reading focused on a variety of genres through the use of independent reading, read aloud, and short text in reading groups at David's instructional level. We practiced using multiple choice strategies to answer a variety of multiple choice questions. For example, author's purpose, analyzing quotes, sequencing, and cause and effect. DRA's at David's independent level and the ELA test were the districts assessments in Reading for this marking period. | David practiced writing in multiple ways. Writing focused on independent writing in a writer's notebook, responding to a text through short and long responses. Students learned to use a Q.A.D. to organize their thoughts and worked on using details to support their thoughts. In addition, students were expected to edit on a daily basis. During a weekly poetry session David learned to use more descriptive language such as onomatopoeias. The ELA test was the district's assessment for this marking period. |
| **Social Studies** | **Science** | **Individual Comments** |
| In social studies this quarter, the concentration was on learning about the Native Americans who lived in NYS. This was done by reading for information to answer questions, complete anticipation guides and complete projects. Students were expected to work with pairs and small groups for many assignments. | In Science this marking period, the focus was on the water cycle. They learned the correct terminology and cause for each stage. The students completed a project, read for information to answer questions, and listened to a real meteorologist from R-News. Students were expected to work in groups to complete the assignments. | David continues to be a pleasure to have in class. He is kind to classmates and hardworking. David exceeded the DRA benchmark. He is able to comprehend above grade level material. Yeah! This quarter David worked on including adequate detail when answering a question about a text. David's math score is due to more abstract concepts. Sometimes he rushes because he is used to understanding so easily. David participates in both small and large group settings. I am sure he will continue to grow! |

Parent Response
(Please sign and return)

Student's Name_____   Date_____

Parent Signature_____

Comment:
_____
_____
_____

# Village Elementary School

*Progress Report (cont.)*

**5th Grade**

Student: David Guest

School Year: 2008-2009

## Science (cont.)

| | Marking Period | | |
|---|---|---|---|
| | 1 | 2 | 3 |
| Ecology | NYT | NYT | D |
| Structure and Response of Plants and Animals | NYT | NYT | D |
| **Understands science skills** | | | |
| Follows safety procedures in the classroom | D | D | |
| Accurately uses the proper tools | D | D | |
| Manipulate materials through teacher direction and free discovery | D | D | |
| Utilizes senses for making observations | D | | |
| Generates appropriate questions in response to observations, events and other science-based experiences | D | D | D |
| Makes predictions based on prior experiences and/or information | D | D | D |
| Collects and records data accurately | IP | D | |
| Selects appropriate standard and nonstandard measurement tools for measurement activities | NYT | IP | D |
| Estimates, finds and records measurements using standard and nonstandard units | NYT | IP | D |

### Narrative Comments
Marking Period 1

## Self Management Skills (cont.)

### Narrative Comments
Marking Period 1

David has become a real role model for the class. His help with the autistic children, his work ethic and steady values are admired by everyone. I hope to see his good study habits continue.

Marking Period 2

David is a responsible young man. He gets his work done on time and participates frequently in all subject areas. He is willing to work with others and help anyone who needs it. He is also inquisitive and will ask questions for better understanding.

Marking Period 3

It has been a delight having David in class. I hope he uses his summer to read, relax and rejuvenate. Hold onto all that you know and strive to keep learning. Remember to keep blooming.

# Village Elementary School
## *Progress Report*

Student: David Guest    School Year: 2009-2010

## ENGLISH LANGUAGE ARTS

| | Marking Period | | |
|---|---|---|---|
| | 1st | 2nd | 3rd |
| **Reading** | | | |
| DRA Independent Reading Level (Developmental Reading Assessment) | 60 | | |
| DRA Independent District Benchmark | 60 | | 60 |
| Reads fluently at independent reading level (rate, phrasing, and expression) | 3 | 3 | 4 |
| Decodes words and corrects errors | 3 | 3 | 4 |
| Comprehends at independent reading level | 4 | 4 | 4 |
| Reader Responses are thoughtful and detailed | 3 | 4 | 4 |
| Discusses/shares thinking about reading | 3 | 4 | 4 |
| **Writing** | | | |
| Narrative Writing Assessment Score (tells a story) | 5 | | 5 |
| Narrative Writing District Benchmark | 5 | | 5 |
| Expository Writing Assessment Score (explains a process/procedure) | | | 5 |
| Expository Writing District Benchmark | | 5 | 5 |
| Content (ideas and details) | 4 | 4 | 4 |
| Organization | 3 | 4 | 4 |
| Language (vocabulary and word choice) | 3 | 3 | 4 |
| Conventions (capitalization, punctuation, grammar) | 3 | 3 | 4 |
| Spells words correctly within the District Benchmark Spelling Stage | 3 | 3 | 4 |

## ENGLISH LANGUAGE ARTS (cont.)

**Narrative Comments**

**Marking Period 1**

In reading this semester we have been working on the strategies: prediction, connecting, and literary criticism. David goes above and beyond what is asked of him. He is always willing to share out his thoughts/feeling from what he has read. David is always prepared for group and volunteers to share out as well as read.

In writing David is working on his organization along with including all the components that make writing interesting. He is very creative and has great ideas! I would like to see David venture into new topics/genres for his writing topics.

**Marking Period 2**

David has done a great job in his literature circle. He continues to be a great leader! His hard work has paid off on his strategies. This semester David met the district benchmark for grade level in connecting and questioning! Great job:)

In writing I see the same great work ethic! He met the district benchmark for his expository writing piece! I would like to see David venture out of his comfort zone with writing topics. For example, instead of always writing new stories about football, I would like to see him take a risk and try a new topic or use more of his creativity. Keep up the hard work:)

**Marking Period 3**

David has improved in many areas throughout the course of his 6th grade year! I am very pleased with his writing this semester. He has worked hard on revising and editing, which in turn has lead to improving his mechanics and organization. Great work David! Don't forget to complete your middle school summer reading!

2