## Merton Williams Middle School
200 School La
Hilton, NY 14468
(585)392-1000

## Guest, David J
2011 - 2012 Report Card
Grade: 08

## GPA Summary:

|  | Term 1 | Term 2 | Term 3 | Term 4 |
|---|---|---|---|---|
| Term GPA | 88.75 | 90.25 | 91.313 | 90.563 |

## Grade Report:

| Course | Task | T1 | T2 | T3 | T4 |
|---|---|---|---|---|---|
| ART800-812 Art 8 [SMITH, B] | Quarter | 96 | 97 | 96 | 95 |
| | Term 4 Comments:02.Good work/study habits. 03.A pleasure to have in class. 20.Effort: Outstanding | | | | |
| | Local Exam | | | | 99 |
| | Final Grade | | | | 96 |
| ELA800-37 English 8 [Muldoon, H] | Quarter | 74 | 82 | 86 | 84 |
| | Term 4 Comments:14.Capable of higher quality of work. 21.Effort: Satisfactory. | | | | |
| | Final Grade | | | | 82 |
| FCS800-831 FACS 8 [LITTLEFIELD, S] | Quarter | 98 | 100 | 100 | 100 |
| | Term 4 Comments:03.A pleasure to have in class. 20.Effort: Outstanding. | | | | |
| | Final Grade | | | | 100 |
| LTE100-35 SPANISH 1 [MANZA, K] | Quarter | 89 | 83 | 89 | 100 |
| | Term 4 Comments:01.Takes pride in his/her work. 03.A pleasure to have in class. 02.Good work/study habits. 20.Effort: Outstanding. | | | | |
| | Local Exam | | | | 80 |
| | Final Grade | | | | 90 |
| MTH800-38 Pre-Algebra [ACKER, S] | Quarter | 83 | 80 | 88 | 76 |
| | Term 4 Comments:14.Capable of higher quality of work. 23.Effort: Needs Improvement. | | | | |
| | Final Grade | | | | 82 |
| MUS810-932 Chorale [RANDOLPH, H] | Quarter | 95 | 91 | 85 | 84 |
| | Term 4 Comments:21.Effort: Satisfactory. | | | | |
| | Final Grade | | | | 89 |
| PED780-811 PE Boys [MURPHY, J] | Quarter | 96 | 96 | 96 | 90 |
| | Term 4 Comments:21.Effort: Satisfactory. | | | | |
| | Final Grade | | | | 95 |
| SCI800-36 Science 8 [MEAGHER, S] | Quarter | 91 | 93 | 90 | 92 |
| | Term 4 Comments:21.Effort: Satisfactory. | | | | |
| | Final Grade | | | | 92 |
| SST800-34 Social Studies 8 [Monfiletto, C] | Quarter | 89 | 100 | 100 | 96 |
| | Final Grade | | | | 97 |
| | Term 4 Comments:01.Takes pride in his/her work. 02.Good work/study habits. 03.A pleasure to have in class. 05.Participates well in class. 06.Attitude/attention is good. 20.Effort: Outstanding. | | | | |
| TEC800-822 Tech 8 [HELMER, B] | Quarter | 88 | 93 | 93 | 100 |
| | Term 4 Comments:01.Takes pride in his/her work. 03.A pleasure to have in class. 20.Effort: Outstanding. | | | | |
| | Final Grade | | | | 93 |

Have a safe and happy summer!

To Parent/Guardian of David J Guest

14468-9104