

**Hilton Central High School**
**Transcript**

School CEEB Code: 332395   400 East Ave, Hilton, NY 14468
Tel: (585) 392-1000 x 2240   Fax: (585) 392-1051

Hilton High School is accredited by the New York State Board of Regents
and is an International Baccalaureate Diploma Programme School

Guest, David John

Student Number: █████   Grade: 12
Birth Date: █████ 1997   Gender: M
█████ Dunbar Rd   Hilton, NY 14468-9106
Counselor: MALTA, LAURA

---

### GPA Summary

| | |
|---|---|
| Cumulative GPA (Weighted) | 79.771 |
| Class Rank | 256 of 370 |
| Total Credits | 23.50 |

### Graduation Summary

| | |
|---|---|
| Graduation Date: | 6-25-2016 |
| Diploma Type:Regents post July 1 2001 | |

### 2011-2012 Grade 08 Merton Williams Middle School

| Course | Mark | Weight | Credit |
|---|---|---|---|
| SPANISH 1 | 90 | 1.00 | 1.00 |

Yearly GPA: 90.000  Credits: 1.00

### 2012-2013 Grade 09 Hilton Central High School

| Course | Mark | Weight | Credit |
|---|---|---|---|
| ENGLISH 9 | 89 | 1.00 | 1.00 |
| SPANISH 2 | 77 | 1.00 | 1.00 |
| ALGEBRA | 80 | 1.00 | 1.00 |
| PE 9/10 BOYS | 93 | 0.50 | 0.50 |
| EARTH SCI R | 77 | 1.00 | 1.00 |
| GLOBAL 1 | 82 | 1.00 | 1.00 |
| DDP-PLTW | 84 | 1.00 | 1.00 |

Yearly GPA: 82.385  Credits: 6.50

### 2013-2014 Grade 10 Hilton Central High School

| Course | Mark | Weight | Credit |
|---|---|---|---|
| ENGLISH 10 | 86 | 1.00 | 1.00 |
| GEOMETRY | 70 | 1.00 | 1.00 |
| PE 9/10 BOYS | 98 | 0.50 | 0.50 |
| LIVING ENVIRON | 83 | 1.00 | 1.00 |
| GLOBAL 2 | 88 | 1.00 | 1.00 |
| CFM/TECH | 85 | 1.00 | 1.00 |
| CIM-PLTW | 82 | 1.00 | 1.00 |

Yearly GPA: 83.538  Credits: 6.50

---

### 2014-2015 Grade 11 Hilton Central High Sch

| Course | Mark | Weight | Credit |
|---|---|---|---|
| CYBER ETHICS/LAW | 92 | 0.50 | 0.50 |
| ENG 11 HONORS | 73 | 1.00 | 1.00 |
| TRIGONOMETRY | 62 | 1.00 | 0.00 |
| PE 11/12 BOYS | 97 | 0.50 | 0.50 |
| IB CHEM HL 11 | 65 | 1.00 | 1.00 |
| US HIST/GOVT | 69 | 1.00 | 1.00 |
| PSYCHOLOGY | 85 | 0.50 | 0.50 |

Yearly GPA: 74.727  Credits: 4.50

### 2015-2016 Grade 12 Hilton Central High Sch

| Course | Mark | Weight | Credit |
|---|---|---|---|
| CLERICAL ASST | P | 0.50 | 0.50 |
| ENG 12 HONORS | 65 | 1.00 | 1.00 |
| HEALTH | 81 | 0.50 | 0.50 |
| IB MATH STUDIES | 65 | 1.00 | 1.00 |
| PE/TEAM SPORTS | 92 | 0.50 | 0.50 |
| SOCIOLOGY | 74 | 0.50 | 0.50 |
| PART/GOVT | 65 | 0.50 | 0.50 |
| ECONOMICS | 78 | 0.50 | 0.50 |

Yearly GPA: 74.444  Credits: 5.00

---

### State Examinations

**164:RLP Spanish**
  Score:  80      Date: 6/18/2012

**06204:Regents Integrated Algebra - Jun**
  Score:  80      Date: 6/11/2013

**06200:Regents Phy Set/Earth Sci - Jun**
  Score:  74      Date: 6/11/2013

**06205:Regents Geometry - Jun**
  Score:  73      Date: 6/20/2014

**06203:Regents Global History - Jun**
  Score:  83      Date: 6/18/2014

**06059:Regents Living Environment - Jun**
  Score:  86      Date: 6/17/2014

**06206:Regents Algebra2/Trigonometry - Jun**
  Score:  51      Date: 6/19/2015

**06052:Regents US History&Gov't - Jun**
  Score:  77      Date: 6/16/2015

**06201:Regents Phy Set/Chemistry - Jun**
  Score:  66      Date: 6/23/2015

**06340:Regents Common Core English - Jun**
  Score:  81      Date: 6/2/2016

---

**Transcript Notations**

R = Regents Level; AP = Advanced Placement;
IB = International Baccalaureate;
SS = Summer School;
PLTW = Project Lead The Way;
W = Withdrawn; WF = Withdrawn Failing
ADV, AP, Honors, IB - plus 5 points is reflected in
CUMULATIVE GPA, not in final mark.

Official Signature   

Generated on:  11/14/2016 11:18:35 AM